**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Richard M., | No. 19-cv-827 (KMM) |
|     Plaintiff, | |
| v. | **ORDER** |
| Martin O'Malley, Commissioner of Social Security, | |
|     Defendant. | |

---

Plaintiff moves for an award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). Plaintiff seeks an award of $2,990.29 in attorney's fees. In support of the motion, Plaintiff has provided a declaration of counsel concerning the market rate for counsel's work and a calculation of a reasonable hourly rate under the EAJA formula; documentation of the hours reasonably expended; and consumer price index information from the U.S. Bureau of Labor Statistics. Doc. 64. In the Defendant's response, the Commissioner of Social Security states that he has no objection to the Court awarding the requested fees. Doc. 65. Having reviewed Plaintiff's motion and based on the undersigned's familiarity with this case, the motion (Doc. 63) is **GRANTED**. The Social Security Administration shall pay the Plaintiff $2,990.29 in attorney's fees pursuant to the EAJA.

Date: July 8, 2024

*s/Katherine Menendez*
Katherine Menendez
United States District Judge